## In re BEN PARKS.

No. A-5680. Opinion Filed July 7, 1925.
(237 Pac. 1117.)

McCaffrey & Smith, for petitioner.

Geo. F. Short, Atty. Gen., and Edwin L. Dabney, Asst. Atty. Gen., for the State.

PER CURIAM. The petitioner has applied for a writ of habeas corpus to be admitted to bail, pending further proceedings in the district court of Washita county, on a charge of robbery with firearms. Upon hearing and consideration of the petition and evidence adduced in support thereof, this court finds that the petitioner should be admitted to bail. It is therefore ordered that bail be allowed in the sum of $20,000, conditioned as provided by law, in conformity with the formal order this day issued.